CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Marco Cabrera-Sagrero

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CARLOS MARTINEZ-DUARTE, et al.,<br><br>　　　　Defendants. | Cas No.: 17-122 MCE<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>Date:　May 17, 2018<br>Time:　10:00 a.m.<br>Court:　Hon. Morrison C. England, Jr. |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Cameron Desmond, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for MARCO CABRERA-SAGRERO, that the status conference currently scheduled for May 17, 2018, at 10:00 a.m., be vacated and the matter continued to this Court's criminal calendar on June 7, 2018, at 10:00 a.m. This proposed stipulation does not apply to co-defendant, Carlos Martinez-Duarte. Defense counsel requires additional time for review of evidence, to conduct further investigation, to prepare for trial, and to confer with Mr. Cabrera-Sagrero. The parties anticipate a change of plea on June 7.

　　　　IT IS FURTHER STIPULATED that 1) denial of the defendant's request for additional time would deny defense counsel reasonable time to prepare, taking into account the exercise of due diligence, 2) time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from

computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and 3) the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:     May 15, 2018          /S/     Cameron Desmond
                                 McGregor Scott
                                 by CAMERON DESMOND
                                 Attorney for Plaintiff

                                 /S/     Clemente M. Jiménez
                                 CLEMENTE M. JIMÉNEZ
                                 Attorney for Marco Cabrera-Sagrero

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for May 17, 2018, at 10:00 a.m., be vacated and the matter continued to June 7, 2018, at 10:00 a.m. Time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. shall be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of this order through June 7, 2018. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

Dated:  May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE